845 A.2d 777

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Wayne MILLER, Appellee.**

Supreme Court of Pennsylvania.

March 23, 2004.

Michelle Ann Henry, Diane E. Gibbons, for Com., of Pennsylvania.

Kenneth Barry Hone, for Wayne Miller.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).